# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**BILLY G. MAYBERRY,** *pro se,*

     **Plaintiff,**

**v.**                                                        **Case No.  8:10-cv-1876-T-30TGW**

**PASCO COUNTY SHERIFF'S OFFICE,
et al.,**

     **Defendants.**

_____/

## ORDER

THIS CAUSE comes before the Court upon *pro se* Plaintiff Billy G. Mayberry's Motion to Extend the Discovery Deadline (Dkt. 78) and Defendants' Response in opposition (Dkt. 79).  The Court, having reviewed the motion, response, and being otherwise advised of the premises, concludes that the motion should be granted.

Plaintiff requests a ninety-day extension of the discovery deadline because he needs additional time to conduct discovery.  Plaintiff states that he is attempting to secure representation and that he will be released from prison on March 22, 2012, which should provide him with more opportunities to do so.  Plaintiff also states that he was in disciplinary

confinement which prevented him from accessing the prison's law library during part of the last ninety days.[1]

Defendants oppose Plaintiff's request for an additional ninety-day extension of time, but fail to convince the Court that they will be prejudiced by such an extension. Indeed, Defendants' opposition focuses on Plaintiff's failure to offer a clear explanation, and/or good cause, for an extension of time.

Upon consideration of Plaintiff's *pro se* status and his explanations for seeking additional time, the Court concludes that Plaintiff should be entitled to a ninety-day extension of the fact discovery deadline. The Court also concludes that said extension necessitates a ninety-day extension of all of the case management deadlines, including the trial date.

The Court submits that Plaintiff's *pro se* status is not an excuse for failing to abide by this Court's Orders. However, Plaintiff's impending release from prison, desire to seek representation, and desire to conduct additional discovery, weigh in favor of these extensions, especially given Defendants' failure to establish prejudice.

Importantly, the Court will not grant any further extensions of the case management deadlines.

It is therefore ORDERED AND ADJUDGED that:

---

[1] The Court previously extended the discovery deadline by ninety days upon Plaintiff's motion. (Dkt. 68).

1.      Plaintiff Billy G. Mayberry's Motion to Extend the Discovery Deadline (Dkt. 78) is GRANTED.

2.      The Court will issue an amended case management and scheduling order, which shall extend all of the case management deadlines by ninety (90) days.  No further extensions will be granted.

**DONE** and **ORDERED** in Tampa, Florida on March 28, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>**Copies furnished to:**</u>
Counsel/Parties of Record

S:\Even\2010\10-cv-1876.mtextend78.frm