# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

BILLY G. MAYBERRY, *pro se,*

     Plaintiff,

v.                                                                Case No: 8:10-cv-1876-T-30TGW

PASCO COUNTY SHERIFF'S OFFICE,
et al.,

     Defendants.

---

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal (Dkt. #82).   Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed, each party to bear their own attorney's fees and costs.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of July, 2012.

                                    JAMES S. MOODY, JR.
                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1876 dismiss 82.docx